Henry Simmer, appellee, v. Chicago Waste Company, appellant. Gen. No. 27,950.
Action for damages for personal injuries sustained by employee falling through a hole in second floor of building occupied by defendant corporation, alleging negligence and violation of statute requiring employers to fence and inclose all hoistways, hatchways, etc., in factories, etc. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of facts. Opinion filed February 13, 1923.
Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. Charles C. Spencer, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Merchants National Fire Insurance Company, appellant, v. Frank R. Thompson, appellee. Gen. No. 27,978.
Action by agent to determine interest payable to him in accordance with decree of this court in former action for commission claimed for services in effecting consolidation of two insurance corporations; involving question of an adjustment accepted by plaintiff, and dates from which said interest was payable. Judgment for plaintiff. For former appeal, see 222 Ill. App. 671. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded with directions. Opinion filed February 13, 1923.
Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Frederick A. Brown, for appellee; William G. Worthey, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Joseph Hosp, appellee, v. John J. O'Neill, appellant. Gen. No. 27,989.
Action in forcible detainer, defense of renewal of lease by post card at invitation of plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.
E. E. Shinnick, for appellant; Raphael W. Marrow,\ of counsel. Nicholas R. Finn, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Stanley Czyz and Franciszka Czyz, appellants, v. Michael Weglarz, appellee. Gen. No. 27,997.
Action in forcible detainer and for rent upon agreement as to facts and points of law pursuant to section 104 of Practice Act, defense claiming right to ten days' notice under section 9 of Landlord and Tenant Act. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. A. N. Gualano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed February 13, 1923.
Bernhard Steinge and Moses H. Kamerman, for appellants. No appearance for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.